UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JADYN SHADE,

    Defendant.

Case No. 3:23-cr-74

District Judge Michael J. Newman

---

### ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY AUGUST 9, 2024

---

This case is before the Court following the continuance of Defendant's sentencing hearing. Doc. No. 35.  Before setting a new sentencing date, the Court **REQUIRES** the parties to file a joint status report by **August 9, 2024**, indicating whether all restitution issues have been resolved.

    **IT IS SO ORDERED.**

    August 1, 2024                                        s/Michael J. Newman
                                                                                  Hon. Michael J. Newman
                                                                                  United States District Judge