UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                    Case No. 3:23-cr-74

vs.

JADYN SHADE,                                  District Judge Michael J. Newman

    Defendant.

---

### ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY NOVEMBER 27, 2024

---

This case is before the Court following the prior continuance of Defendant's sentencing hearing, (Doc. No. 35), and the parties' joint status report (Doc. No. 38) in which they advise that the need additional time to determine restitution.  As this case needs to be set for a sentencing hearing, the parties shall **FILE** a joint status report by November 27, 2024, indicating whether they have agreed to an amount of restitution and whether all restitution issues have been resolved.

**IT IS SO ORDERED.**

November 19, 2024                                       s/*Michael J. Newman*
                                                                               Hon. Michael J. Newman
                                                                               United States District Judge