UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:23-cr-74

vs.

JADYN SHADE,                              District Judge Michael J. Newman

    Defendant.

**BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR BOND RECONSIDERATION (Doc. Nos. 46, 48)**

The Court is in receipt of Defendant's motion for bond reconsideration (Doc. Nos. 46, 48). The Government's memorandum in opposition, if any, shall be filed **on or before Monday, February 24, 2025**.

    **IT IS SO ORDERED.**

February 20, 2025                                     *s/Michael J. Newman*
                                                           Hon. Michael J. Newman
                                                           United States District Judge