UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 3:23-cr-74

vs.

JADYN SHADE,                              District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO WITHDRAW HIS GUILTY PLEA (Doc. No. 49); AND (2) FINDING THAT DEFENDANT IS DEEMED INDICTED UNDER 18 U.S.C. § 3161 ON THE DATE OF THIS ORDER**

---

The Court rejected the parties' plea agreement at a hearing on January 30, 2025. *See* Fed. R. Crim. P. 11(c)(5). This criminal case is before the Court on Defendant's motion to withdraw his plea of guilty pursuant to Fed. R. Crim. P. 11(d). Doc. No. 49. Under Fed. R. Crim. P. 11(d)(2)(A), Defendant had the right to withdraw his guilty plea after this Court rejected the plea agreement. Therefore, the Court **GRANTS** Defendant's motion. Doc. No. 49.

Pursuant to 18 U.S.C. § 3161(i), "the day the defendant withdraws his guilty plea becomes the day of indictment for Speedy Trial Act purposes[.]" *United States v. Robertson*, 260 F.3d 500, 503 (6th Cir. 2001). Defendant is, thus, deemed indicted on the date of this Order, and the Speedy Trial Act 70-day timeline begins on February 27, 2025. *See id.*; *see also* 18 U.S.C. § 3161(i).

**IT IS SO ORDERED.**

  February 27, 2025                                s/ Michael J. Newman
                                                                             Hon. Michael J. Newman
                                                                           United States District Judge