UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                Case No. 3:23-cr-74

vs.

JADYN SHADE,                               District Judge Michael J. Newman

    Defendant.

**ORDER DENYING DEFENDANT'S IDENTICAL MOTIONS TO RECONSIDER BOND REVOCATION (Doc. Nos. 46, 48)**

On March 12, 2025, the Court held a bond reconsideration hearing.  AUSA Elizabeth McCormick appeared on behalf of the Government; attorney Patrick Mulligan appeared on behalf of Defendant; and Pretrial Services Officer Katie Snodgrass appeared on behalf of Pretrial Services.

The Court has carefully considered Defendant's identical motions for bond reconsideration/bond modification (Doc. Nos. 46, 48), the record before the Court, and the arguments made by counsel during the hearing on March 12, 2025.  For reasons stated on the record, the Court continues to find that no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) will reasonably assure the safety of the community and the appearance of Defendant as required.  Accordingly, Defendant's motions were then **DENIED**.  The Court's previous Detention Order shall remain in effect.

    **IT IS SO ORDERED.**

<u>March 14, 2025</u>                                                s/*Michael J. Newman*
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge